United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 20-03331-RNO

Vincent F. Mooney, Jr.,     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Feb 09, 2021     Form ID: ntnoshow     Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vincent F. Mooney, Jr.,, 336 Blueberry Hill Road, Shavertown, PA 18708-9513 |
| 5374445 | + | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 5379826 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5374446 | + | Back Mountain Regional Fire & EMS, 184 E. Center Hill Rd.., Dallas, PA 18612-1154 |
| 5374447 | + | Barclays, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 5374450 | + | Citibank, Box 6241, Sioux Falls, SD 57117-6241 |
| 5381099 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5374453 | + | Eastern Revenue Inc., 601 Dresher Rd., Suite 301, Horsham, PA 19044-2238 |
| 5374454 | + | Elite Spine & Sports, 182 Butler St., Wilkes-Barre, PA 18702-4465 |
| 5374455 | | Five Star Bank, Consumer Loan, P.O. Box 110, Warsaw, NY 14569-0110 |
| 5374456 | + | Freedom Mortgage Corp., P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 5387147 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5374458 | + | Geisinger Medical Group, 100 North Academy Ave., Danville, PA 17822-0001 |
| 5374459 | + | Geisinger Wyoming Valley, P.O. Box 827713, Philadelphia, PA 19182-7713 |
| 5374460 | | Goodyear Credit Plan, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 5374461 | | Home Depot, Bankruptcy Dept., P.O. Box 20473, Kansas City, MO 64195 |
| 5374462 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5384492 | + | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 5374464 | + | Midland Credit Management, 320 E. Big Beaver Rd., Suite 300, Troy, MI 48083-1271 |
| 5377797 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5374466 | + | Raymour & Flanigan, 1000 MacArthur Blvd., Mahwah, NJ 07430-2035 |
| 5374467 | + | Sears, P.O. Box 6217, Sioux Falls, SD 57117-6217 |
| 5384478 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5381062 | | UHG co Peritus Portfolio Services, P.O. Box 141419, Irving, TX 75014-1419 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 10 2021 09:05:51 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5374449 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 09 2021 19:15:11 | Capital One Bank, P.O. Box 85015, Richmond, VA 23285 |
| 5374448 | + | Email/Text: bankruptcy@usecapital.com | Feb 09 2021 19:12:00 | Capital Accounts, PO Box 140065, Nashville, TN 37214-0065 |
| 5386373 | + | Email/Text: bankruptcy@cavps.com | Feb 09 2021 19:12:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5374450 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2021 19:15:31 | Citibank, Box 6241, Sioux Falls, SD 57117-6241 |
| 5381099 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2021 19:15:31 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5374451 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 09 2021 19:12:00 | Credit Collection Service, 725 Canton St., Norwood, MA 02062-2679 |
| 5374452 | | Email/Text: mrdiscen@discover.com | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5377196 | + | Email/Text: mrdiscen@discover.com | Feb 09 2021 19:11:00 | Discover Card, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 5378466 | | Email/Text: FSBBankruptcy@fiiwarsaw.com | Feb 09 2021 19:11:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 5374457 | | Email/Text: bankruptcynotification@ftr.com | Feb 09 2021 19:11:00 | Five Star Bank, 100 Chestnut Street, 13th Floor, Rochester, NY 14604 |
| 5374460 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2021 19:12:00 | Frontier Communications, Bankruptcy Dept., 19 John St., Middletown, NY 10940 |
| 5376296 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 09 2021 19:15:14 | Goodyear Credit Plan, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 5374463 | | Email/Text: camanagement@mtb.com | Feb 09 2021 19:15:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5374465 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 09 2021 19:11:00 | M&T Bank, Lending Services, Customer Support, P.O. Box 900, Millsboro, DE 19966 |
| 5383309 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 10 2021 09:05:51 | Portfolio Recovery, 120 Corporate Blvd., Norfolk, VA 23502 |
| 5374467 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 10 2021 09:05:51 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5374806 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2021 19:15:14 | Sears, P.O. Box 6217, Sioux Falls, SD 57117-6217 |
| 5374468 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2021 19:15:10 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| | | | Feb 09 2021 19:15:10 | Synchrony Bank, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5379883 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5374469 | *+ | Vincent F. Mooney, Jr.,, 336 Blueberry Hill Road, Shavertown, PA 18708-9513 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 11, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 Vincent F. Mooney Jr., tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | | |
|---|---|---|
| Vincent F. Mooney Jr.,, <br> aka Vincent Mooney Jr, aka Vincent F. Mooney, aka Vincent Mooney, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:20−bk−03331−RNO |

## Notice of Intention to Dismiss Bankruptcy Case

Section 343 of the Bankruptcy Code (11 U.S.C. § 343) requires debtors to appear and submit to an examination under oath at the meeting of creditors held under Section 341 of the Bankruptcy Code (11 U.S.C. § 341). The failure to appear at the Section 341 meeting of creditors is grounds for dismissal of the bankruptcy case.

The court's docket indicates that Debtor 1 failed to appear at the scheduled Section 341 meeting of creditors. **Accordingly, the Court intends to dismiss the bankruptcy case of Debtor 1.**

Any debtor opposing dismissal must file an objection with the Court on or before **March 1, 2021** explaining the failure to appear at each scheduled Section 341 meeting of creditors. Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **March 1, 2021**.

**If no objections are filed by March 1, 2021, an Order will be entered dismissing the bankruptcy case of Debtor 1.**

| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 9, 2021 |

ntnoshow (07/18)