In re:  Case No. 20-03331-RNO

Vincent F. Mooney, Jr.,  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3

Date Rcvd: Mar 05, 2021     Form ID: ordsmiss     Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vincent F. Mooney, Jr.,, 336 Blueberry Hill Road, Shavertown, PA 18708-9513 |
| 5374446 | + | Back Mountain Regional Fire & EMS, 184 E. Center Hill Rd.., Dallas, PA 18612-1154 |
| 5374453 | + | Eastern Revenue Inc., 601 Dresher Rd., Suite 301, Horsham, PA 19044-2238 |
| 5374454 | + | Elite Spine & Sports, 182 Butler St., Wilkes-Barre, PA 18702-4465 |
| 5374455 | | Five Star Bank, Consumer Loan, P.O. Box 110, Warsaw, NY 14569-0110 |
| 5374456 | + | Freedom Mortgage Corp., P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 5387147 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5374458 | + | Geisinger Medical Group, 100 North Academy Ave., Danville, PA 17822-0001 |
| 5374459 | + | Geisinger Wyoming Valley, P.O. Box 827713, Philadelphia, PA 19182-7713 |
| 5374461 | | Home Depot, Bankruptcy Dept., P.O. Box 20473, Kansas City, MO 64195 |
| 5374462 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5384492 | + | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 5374464 | + | Midland Credit Management, 320 E. Big Beaver Rd., Suite 300, Troy, MI 48083-1271 |
| 5377797 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5374466 | #+ | Raymour & Flanigan, 1000 MacArthur Blvd., Mahwah, NJ 07430-2035 |
| 5384478 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5381062 | | UHG co Peritus Portfolio Services, P.O. Box 141419, Irving, TX 75014-1419 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Mar 05 2021 23:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5374445 | + | EDI: AMEREXPR.COM | Mar 05 2021 23:53:00 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 5379826 | | EDI: BECKLEE.COM | Mar 05 2021 23:53:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5374447 | + | EDI: TSYS2.COM | Mar 05 2021 23:53:00 | Barclays, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 5374449 | | EDI: CAPITALONE.COM | Mar 05 2021 23:53:00 | Capital One Bank, P.O. Box 85015, Richmond, VA 23285 |
| 5374448 | + | Email/Text: bankruptcy@usecapital.com | Mar 05 2021 18:57:00 | Capital Accounts, PO Box 140065, Nashville, TN 37214-0065 |
| 5386373 | + | Email/Text: bankruptcy@cavps.com | Mar 05 2021 18:57:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5374450 | + | EDI: CITICORP.COM | Mar 05 2021 23:53:00 | Citibank, Box 6241, Sioux Falls, SD 57117-6241 |
| 5381099 | | EDI: CITICORP.COM | Mar 05 2021 23:53:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5374451 | + | EDI: CCS.COM | | |

|         |         |                                                      |                     |                                                                                          |
|---------|---------|------------------------------------------------------|---------------------|------------------------------------------------------------------------------------------|
|         |         |                                                      | Mar 05 2021 23:53:00 | Credit Collection Service, 725 Canton St., Norwood, MA 02062-2679                        |
| 5374452 |         | EDI: DISCOVER.COM                                    | Mar 05 2021 23:53:00 | Discover Card, P.O. Box 15316, Wilmington, DE 19850-5316                                 |
| 5377196 | +       | EDI: DISCOVER.COM                                    | Mar 05 2021 23:53:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025              |
| 5378466 |         | Email/Text: FSBBankruptcy@fiiwarsaw.com              | Mar 05 2021 18:57:00 | Five Star Bank, 100 Chestnut Street, 13th Floor, Rochester, NY 14604                     |
| 5374457 |         | Email/Text: bankruptcynotification@ftr.com           | Mar 05 2021 18:57:00 | Frontier Communications, Bankruptcy Dept., 19 John St., Middletown, NY 10940             |
| 5374460 |         | EDI: CITICORP.COM                                    | Mar 05 2021 23:53:00 | Goodyear Credit Plan, P.O. Box 6497, Sioux Falls, SD 57117-6497                          |
| 5376296 |         | Email/PDF: resurgentbknotifications@resurgent.com    | Mar 05 2021 19:09:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587   |
| 5374463 |         | Email/Text: camanagement@mtb.com                     | Mar 05 2021 18:57:00 | M&T Bank, Lending Services, Customer Support, P.O. Box 900, Millsboro, DE 19966          |
| 5374465 |         | EDI: PRA.COM                                         | Mar 05 2021 23:53:00 | Portfolio Recovery, 120 Corporate Blvd., Norfolk, VA 23502                               |
| 5383309 |         | EDI: PRA.COM                                         | Mar 05 2021 23:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541                          |
| 5374467 | +       | EDI: CITICORP.COM                                    | Mar 05 2021 23:53:00 | Sears, P.O. Box 6217, Sioux Falls, SD 57117-6217                                         |
| 5374806 | +       | EDI: RMSC.COM                                        | Mar 05 2021 23:53:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5374468 | +       | EDI: RMSC.COM                                        | Mar 05 2021 23:53:00 | Synchrony Bank, PO Box 965060, Orlando, FL 32896-5060                                    |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| 5379883  | *+            | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5374469  | *+            | Vincent F. Mooney, Jr.,, 336 Blueberry Hill Road, Shavertown, PA 18708-9513 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 07, 2021         Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 Vincent F. Mooney Jr., tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Vincent F. Mooney Jr.,, <br> aka Vincent Mooney Jr, aka Vincent F. Mooney, aka Vincent Mooney, | Chapter 13 |
| **Debtor 1** | Case No. 5:20−bk−03331−RNO |

### Order

    After notice and opportunity for a hearing thereon, it appearing that Debtor 1 failed to attend the scheduled meetings of creditors pursuant to 11 U.S.C. § 341(a), it is

    **ORDERED** that the case is hereby dismissed as to Debtor 1.

    **Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: March 5, 2021

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: PamelaRadginski, Deputy Clerk

ordsmiss (05/18)